UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORMA CARDOZA,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>TARGET CORPORATION and DOES, 1 to 50, inclusive,<br><br>        Defendants - Appellees. | No. 18-55877<br><br>D.C. No. 2:17-cv-02232-MWF-RAO<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered April 22, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $71.30.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT

                        By: Quy Le
                        Deputy Clerk
                        Ninth Circuit Rule 27-7